## United States District Court
## Violation Notice

**CVB Location Code:** KE21

**Violation Number:** F0BH001Z
**Officer Name:** Little
**Officer No.:** 2554

F0BH001Z

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 08/03/2024 19:46
**Offense Charged:** FED 36 CFR 261.3C
**Place of Offense:** Barren Fork Pond

**Offense Description: Factual Basis for Charge**
36 CFR 261.3C - THREATEN VOL/HRE/FO

**HAZMAT:** ☐

### DEFENDANT INFORMATION

**Phone:** (606)5164436

**Last Name:** Cordell
**First Name:** Amelia
**M.I.:** L

**Street Address:** [redacted]

**City:** Whitley City
**State:** KY
**Zip Code:** 42653
**Date of Birth (mm/dd/yyyy):** [redacted]/1998

**Drivers License No.:** C15624467
**CDL:** ☐
**D.L. State:** KY
**Social Security No.:** [redacted]9082

[X] Adult  [ ] Juvenile    **Sex:** [ ] M  [X] F
Race | Hair | Eyes | Height | Weight

### VEHICLE
**VIN:**    **CMV:** ☐
Tag No. | State | Year | Make/Model / | PASS ☐ | Color

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B [X] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

$ 250.00   Forfeiture Amount
$ 30.00    Processing Fee
**PAY THIS AMOUNT** $ 280.00   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 310 South Main Street, London, Kentucky 40741
**Date (mm/dd/yyyy):**
**Time (hh:mm):** 09:30

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

F0BH001Z

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on    08/03/2024    while exercising my duties as a law enforcement officer in the    Eastern    District of    KY

Pursuant to 16USC 551: On August 3, 2024, at approximately 19:30 hours, while investigating a vehicle where the driver had fled from me on foot to avoid arrest by Barren Fork Pond in the Stearns Ranger District I contacted a female, later identified as Amelia CORDELL by her name and date of birth. CORDELL was driving a second vehicle parked in violation of posted instructions by the pond. CORDELL told me that she owned the truck, which I determined was false due to it being registered to a Savanna MARCUM and not CORDELL. During my approximately one-hour investigation, CORDELL was asked approximately five times what the name of the driver of the truck was at which time she would not answer and then walk away. It was later determined from CORDELL that the driver of the truck was her spouse. While speaking with CORDELL's mother at the scene she interrupted and instructed her mother not to speak to me. CORDELL was told that if she continued to interfere and not cooperate with my investigation she was be cited for interfering. I then asked her for the driver's name three additional times, and she did not answer and walked away. CORDELL was later asked for her name at which time she just stared at me and would not speak. I asked her a second time and she hesitantly said "Amelia" and then provided with me her date of birth and last name of CORDELL. At approximately 20:00 hours, I issued CORDELL a violation notice for 36 CFR 261.3(c), Intentionally interfering with a Forest Officer engaged in the performance of their duties.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:    08/03/2024
               Date (mm/dd/yyyy)        Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:    _____
               Date (mm/dd/yyyy)        U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;    PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident